NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2010-1221

UNITED STATES,

Plaintiff-Appellee,

v.

ROLANDO SHACKELFORD,

Defendant-Appellant.

Appeal from the United States District Court for the Northern District of Illinois in case no. 07-CR-0852, Judge Ruben Castillo.

Before MICHEL, Chief Judge, FRIEDMAN and LINN, Circuit Judges.

PER CURIAM.

## ORDER

The court considers whether this case should be transferred to the United States Court of Appeals for the Seventh Circuit.

Rolando Shackelford appeals from the judgment and sentencing order entered by the United States District Court for the Northern District of Illinois in a criminal case. It is clear that this appeal does not fall within this court's jurisdiction. 28 U.S.C. § 1295. Thus, we transfer this appeal to the Seventh Circuit pursuant to 28 U.S.C. § 1631.

Accordingly,

IT IS ORDERED THAT:

(1) This appeal is transferred to the United States Court of Appeals for the Seventh Circuit pursuant to 28 U.S.C. § 1631.

(2)    The mandate shall issue in seven days.

FOR THE COURT

**MAR 2 3 2010**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Tyler C. Murray, Esq.
       Michael Alan Johnson, Esq.
       Rolando Shackelford
       Jeanne E. Davidson, Esq.

s8

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

MAR 2 3 2010

JAN HORBALY
CLERK

2010-1221                                    - 2 -